PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
ALEXIS KLEIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Mar 24, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRELL LAWSON,<br>AISHA HOGGATT,<br>MALEK WILLIAMS,<br>JAMES GORDLEY, and<br>TERRENCE PHILLIPS,<br><br>Defendants. | CASE NO. 2:22-cr-0058 TLN<br><br>18 U.S.C. § 371 – Conspiracy to Unlawfully Deal in Firearms Without a License; 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms Without a License; 18 U.S.C. § 922(a)(5) – Illegal Transportation of Firearms Acquired Outside of State of Residency (3 counts); 18 U.S.C. § 1715 – Unlawful Mailing of a Firearm (3 counts); 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 371 – Conspiracy to Unlawfully Deal in Firearms Without a License]

The Grand Jury charges: T H A T

JERRELL LAWSON,
AISHA HOGGATT,
MALEK WILLIAMS,
TERRENCE PHILLIPS, and
JAMES GORDLEY,

defendants herein, beginning on a date uncertain, but no later than on or about November 3, 2019, and continuing through on or about March 11, 2022, in the County of Sacramento, State and Eastern District of California, and elsewhere, did conspire with each other and with other persons known and unknown to the Grand Jury, to willfully engage in the business of dealing in firearms without a license, in

violation of Title 18, United States Code, Section 922(a)(1)(A).

## Manner and Means

In furtherance of the conspiracy, LAWSON, HOGGATT, WILLIAMS, PHILLIPS, GORDLEY, and others employed the following ways and means, among others:

1. JERRELL LAWSON is a California resident. LAWSON has previously been convicted of a felony offense and is therefore unable to lawfully purchase, possess, or sell a firearm. LAWSON used internet websites to coordinate the purchase of firearms in Georgia from private individuals through private party transfers. During his communications with residents of Georgia, LAWSON held himself out as a resident of Georgia who possessed a concealed weapons permit and as a person who could lawfully possess a firearm.

2. MALEK WILLIAMS is a Georgia resident. WILLIAMS conducted hand-to-hand private party firearm transactions in Georgia that LAWSON set up on the internet. WILLIAMS purchased firearms from Georgia residents using money provided by LAWSON, HOGGATT, PHILLIPS, and GORDLEY. After completing the private party firearms transactions, WILLIAMS then shipped the firearms using the United States Postal Service, and other freight companies, to locations in California at the direction of LAWSON and HOGGATT.

3. PHILLIPS and GORDLEY received firearms in California and acted as sub-distributors of the firearms. PHILLIPS and GORDLEY have previously been convicted of felony offenses and therefore are unable to lawfully purchase, possess, or sell a firearm.

4. LAWSON, HOGGATT, WILLIAMS, PHILLIPS, and GORDLEY do not have, and have never had, a federal firearms license.

## Overt Acts

5. On or about August 21, 2020, GORDLEY sent $1000 to LAWSON via Cash App. LAWSON then sent $1425 to WILLIAMS via Cash App.

6. On or about August 21, 2020, LAWSON used The Outdoors Trader website to arrange for the purchase of three firearms. WILLIAMS later purchased three firearms via private party transfers in Georgia.

7. On or about August 26, 2020, GORDLEY sent $500 to LAWSON via Cash App. Two minutes

INDICTMENT                                    2

after receiving the money, LAWSON sent $508 to WILLIAMS via Cash App. Approximately one hour later, GORDLEY sent an additional $500 to LAWSON via Cash App. Thirty-three seconds after receiving the money, LAWSON sent $500 to WILLIAMS via Cash App.

8. On or about August 26, 2020, LAWSON used The Outdoors Trader website to arrange for the purchase of six firearms.

9. On or about October 7, 2020, LAWSON used The Outdoors Trader website to arrange to purchase a Glock, model 26, 9mm pistol bearing serial number BMXV497.

10. On or about February 19, 2021, LAWSON used The Outdoors Trader website to arrange to purchase a Glock, model 35, .40-caliber pistol.

11. On or about May 27, 2021, HOGGATT sent $500 to LAWSON via Cash App. Less than two minutes after receiving the money, LAWSON sent $500 to WILLIAMS via Cash App.

12. On or about May 27, 2021, LAWSON arranged to purchase a Glock, model 27, .40-caliber pistol for $525 in Georgia.

13. On or about September 15, 2021, WILLIAMS shipped three Glock pistols from Georgia via the United States Postal Service to PHILLIPS at an address in California. After Postal Inspectors seized the mail parcel, PHILLIPS called the United States Postal Service's Customer Call Center to inquire about the location of the mail parcel.

14. On or about October 13, 2021, WILLIAMS shipped two firearms from Georgia to LAWSON in California via the United States Postal Service.

15. On or about October 27, 2021, WILLIAMS shipped two Glock pistols at LAWSON's direction to an address in Martinez, California.

16. On or about November 13, 2021, WILLIAMS shipped three firearms at LAWSON's direction to an address in Turlock, California.

All in violation of Title 18, United States Code, Section 371.

///
///
///
///

1  COUNT TWO: [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms Without a License]

2  The Grand Jury further charges: T H A T

JERRELL LAWSON,
AISHA HOGGATT,
MALEK WILLIAMS,
JAMES GORDLEY, and
TERRENCE PHILLIPS,

defendants herein, beginning on a date uncertain, but no later than on or about November 3, 2019, and continuing through on or about March 11, 2022, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly engage in the business of dealing firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A) and 2.

COUNT THREE: [18 U.S.C. § 922(a)(5) – Illegal Transportation of Firearms Acquired Outside of State of Residency]

The Grand Jury further charges: T H A T

JERRELL LAWSON and
MALEK WILLIAMS,

defendants herein, not being licensed firearm dealers, on or about October 27, 2021, in the County of Sacramento, State and Eastern District of California, and elsewhere, did willfully give, transport, deliver or transfer a Glock model 30SF .45 caliber pistol, serial number PTS602, and a Glock model 23 Generation 4 .40 caliber pistol, serial number AAGZ589, to a person other than licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing, and with reasonable cause to believe, that said person was not then residing in the same state defendants were residing at the time of the aforesaid sale, transfer, and delivery of the firearms, in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

COUNT FOUR: [18 U.S.C. § 922(a)(5) – Illegal Transportation of Firearms Acquired Outside of State of Residency]

The Grand Jury further charges: T H A T

JERRELL LAWSON,
MALEK WILLIAMS and
AISHA HOGGATT,

defendants herein, not being licensed firearm dealers, on or about and between May 17, 2020 and May 22, 2020, in the County of Sacramento, State and Eastern District of California, and elsewhere, did

INDICTMENT                                          4

willfully give, transport, deliver or transfer two Glock model 19 9mm caliber pistols to a person other than licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing, and with reasonable cause to believe, that said person was not then residing in the same state defendants were residing at the time of the aforesaid sale, transfer, and delivery of the firearms, in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

COUNT FIVE: [18 U.S.C. § 922(a)(5) – Illegal Transportation of Firearms Acquired Outside of State of Residency]

The Grand Jury further charges: T H A T

JERRELL LAWSON,
MALEK WILLIAMS, and
TERRENCE PHILLIPS,

defendants herein, not being licensed firearm dealers, on or about September 13, 2021, in the County of Sacramento, State and Eastern District of California, and elsewhere, did willfully give, transport, deliver or transfer a Glock model 27 Generation 4 .40 caliber handgun, serial number BDWN395, a Glock model 23 Generation 4 .40 caliber handgun, serial number UFF241, and Glock model 23 .40 caliber handgun, serial number XUL875, to a person other than licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing, and with reasonable cause to believe, that said person was not then residing in the same state defendants were residing at the time of the aforesaid sale, transfer, and delivery of the firearms, in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

COUNT SIX: [18 U.S.C. § 1715 – Unlawful Mailing of a Firearm]

The Grand Jury further charges: T H A T

JERRELL LAWSON and
MALEK WILLIAMS,

defendants herein, on or about October 27, 2021, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly deposit for mailing a Glock model 30SF .45 caliber pistol, serial number PTS602 and a Glock model 23 Generation 4 .40 caliber pistol, serial number AAGZ589, or cause to be delivered by mail to the direction thereon or at any place to which said firearms are directed to be delivered by the person to whom it is addressed, in violation of Title 18,

INDICTMENT                                      5

1 | United States Code, Section 1715.

2 | COUNT SEVEN [18 U.S.C. § 1715 – Unlawful Mailing of a Firearm]

3 |     The Grand Jury further charges: T H A T

4 |               JERRELL LAWSON,
              MALEK WILLIAMS, and
5 |               AISHA HOGGATT,

6 | defendants herein, on or about October 13, 2021, in the County of Sacramento, State and Eastern

7 | District of California, and elsewhere, did knowingly deposit for mailing a Glock model 23 Generation 4

8 | .40 caliber pistol, serial number AAFT643, and a Glock, model 27 Generation 4 .40 caliber pistol, serial

9 | number UYM691, or cause to be delivered by mail to the direction thereon or at any place to which said

10 | firearms are directed to be delivered by the person to whom it is addressed, in violation of Title 18,

11 | United States Code, Section 1715.

12 | COUNT EIGHT: [18 U.S.C. § 1715 – Unlawful Mailing of a Firearm]

13 |     The Grand Jury further charges: T H A T

14 |               JERRELL LAWSON,
              MALEK WILLIAMS, and
15 |               TERRENCE PHILLIPS,

16 | defendants herein, on or about September 13, 2021, in the County of Sacramento, State and Eastern

17 | District of California, and elsewhere, did knowingly deposit for mailing a Glock model 27 Generation 4

18 | .40 caliber handgun, serial number BDWN395, a Glock model 23 Generation 4 .40 caliber handgun,

19 | serial number UFF241, and Glock model 23 .40 caliber handgun, serial number XUL875, or cause to be

20 | delivered by mail to the direction thereon or at any place to which said firearms are directed to be

21 | delivered by the person to whom it is addressed, in violation of Title 18, United States Code, Section

22 | 1715.

23 | COUNT NINE: [18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm]

24 |     The Grand Jury further charges: T H A T

25 |               JERRELL LAWSON,

26 | defendant herein, on or about March 11, 2022, in the County of Sacramento, State and Eastern District

27 | of California, knowing that he had been convicted of a crime punishable by a term of imprisonment

28 | exceeding one year, that is:

INDICTMENT                         6

Evading a Peace Officer by Driving in the Opposite Direction of Traffic on a Highway, in violation of California Vehicle Code section 2800.4, on or about January 18, 2022, in Sacramento County, California;

did knowingly possess a firearm, specifically, a .40 caliber Glock model 22 Generation 4 pistol, with serial number USX040, in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

Upon conviction of one or more of the offenses alleged in Counts One through Five and Nine of this Indictment, defendants JERRELL LAWSON, AISHA HOGGATT, MALEK WILLIAMS, TERRENCE PHILLIPS, and JAMES GORDLEY shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

*[signature]*
PHILLIP A. TALBERT
United States Attorney

INDICTMENT                                    7

No. _____                                                                                  2:22-cr-0058 TLN

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

JERRELL LAWSON,
AISHA HOGGATT,
MALEK WILLIAMS,
JAMES GORDLEY, and
TERRENCE PHILLIPS

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 371 – Conspiracy to Unlawfully Deal in Firearms Without a License;
18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms Without a License;
18 U.S.C. § 922(a)(5) – Illegal Transportation of Firearms Acquired Outside of State of Residency (3 counts);
18 U.S.C. § 1715 – Unlawful Mailing of a Firearm (3 counts);
18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm;
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* \_\_\_\_ **24th** _____ *day*

*of* _____ **March** _____, *A.D. 20* **22** \_\_\_\_

_____ **PBuzo** _____
*Clerk.*

*Bail, $* \_\_No further process necessary as to all defendants.\_\_

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2:22-cr-0058 TLN

## United States v. Jerrell Lawson, et al.
### Penalties for Indictment

**Defendants**
JERRELL LAWSON
AISHA HOGGATT
MALEK WILLIAMS
JAMES GORDLEY
TERRENCE PHILLIPS

**COUNT ONE:**     ALL DEFENDANTS

VIOLATION:     18 U.S.C. § 371 – Conspiracy to Unlawfully Deal in Firearms Without a License

PENALTIES:     Fine of up to $250,000, and/or
Imprisonment of up to 5 years, or both
Term of Supervised Release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT TWO:**     ALL DEFENDANTS

VIOLATION:     18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms

PENALTIES:     Fine of up to $250,000, and/or
Imprisonment of up to 5 years, or both
Term of Supervised Release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT THREE-FIVE:**     LAWSON, HOGGATT, WILLIAMS & PHILLIPS

VIOLATION:     18 U.S.C. § 922(a)(5) – Illegal Transportation of Firearms Acquired Outside of State of Residency

PENALTIES:     Fine of up to $250,000, and/or
Imprisonment of up to 5 years, or both
Term of Supervised Release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT SIX-EIGHT:**     LAWSON, HOGGATT, WILLIAMS & PHILLIPS

VIOLATION:     18 U.S.C. § 1715 – Unlawful Mailing of a Firearm

| | |
|---|---|
| PENALTIES: | Fine of up to $250,000, and/or<br>Imprisonment of up to 2 years, or both<br>Term of Supervised Release of up to 1 year |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT NINE:** | **JERRELL LAWSON** |
| VIOLATION: | 18 U.S.C. § 922(g) – Felon in possession of firearm |
| PENALTIES: | Maximum of 10 years in prison,<br>A fine of up to $250,000 fine, or both,<br>A term of Supervised Release of up to three years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **FORFEITURE ALLEGATION:** | **ALL DEFENDANTS** |
| VIOLATION: | 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture |
| PENALTIES: | As stated in the charging document |