PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
ALEXIS KLEIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>JERRELL LAWSON<br>AISHA HOGGATT,<br>MALEK WILLIAMS,<br>JAMES GORDLEY, and<br>TERRENCE PHILLIPS,<br><br>                        Defendants. | CASE NO. 2:22-CR-00058 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:   May 12, 2022<br>TIME:   9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for status on May 12, 2022.

2.      By this stipulation, defendants now move to continue the status conference until September 1, 2022, at 9:30 a.m., and to exclude time between May 12, 2022, and September 1, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

           a)      The government has represented that the initial discovery associated with this case includes investigative reports, which has been either produced directly to counsel and/or made available for inspection and copying. The parties are in the process of finalizing a protective order before additional discovery is produced in this case, and the government has

represented that the discovery in this case is voluminous.

    b)    Counsel for defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial.

    c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 12, 2022 to and including September 1, 2022, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 5, 2022                                PHILLIP A. TALBERT
                                                        United States Attorney

                                                        /s/ ALEXIS KLEIN
                                                        ALEXIS KLEIN
                                                        Assistant United States Attorney

///
///

| | | |
|---|---|---|
| 1 | Dated: May 5, 2022 | /s/ HOOTAN BAIGMOHAMMADI |
| 2 | | HOOTAN BAIGMOHAMMADI<br>Counsel for Defendant |
| 3 | | JERRELL LAWSON |
| 4 | Dated: May 5, 2022 | By:  /s/ CLEMENTE JIMÉNEZ |
| 5 | | CLEMENTE JIMENEZ<br>Counsel for Defendant |
| 6 | | AISHA HOGGATT |
| 7 | Dated: May 5, 2022 | By:  /s/ DANIEL KANE |
| 8 | | DANIEL KANE<br>Counsel for Defendant |
| 9 | | MALEK WILLIAMS |
| 10 | Dated: May 5, 2022 | By:  /s/ DAVID FISCHER |
| 11 | | DAVID FISCHER<br>Counsel for Defendant |
| 12 | | JAMES GORDLEY |
| 13 | Dated: May 5, 2022 | By:  /s/ OLAF HEDBERG |
| 14 | | OLAF HEDBERG<br>Counsel for Defendant |
| 15 | | TERRENCE PHILLIPS |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the May 12, 2022, status conference and resets the matter for a status conference on September 1, 2022, at 9:30 a.m. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between May 12, 2022, and September 1, 2022, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from May 12, 2022, to and including September 1, 2022, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 6th day of May, 2022.

_____
Troy L. Nunley
United States District Judge