PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
ALEXIS KLEIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>       v.<br><br>JERRELL LAWSON<br>AISHA HOGGATT,<br>MALEK WILLIAMS,<br>JAMES GORDLEY, and<br>TERRENCE PHILLIPS,<br><br>                     Defendants. | CASE NO.  2:22-CR-00058 DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AS TO DEFENDANTS LAWSON, HOGGATT, WILLIAMS, AND PHILLIPS; FINDINGS AND ORDER<br><br>DATE:   September 1, 2022<br>TIME:    9:30 a.m.<br>COURT: Currently set before Hon. Troy L. Nunley, reassigned to Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for status on September 1, 2022, before the Honorable Troy Nunley.  ECF No. 39.

2. On August 25, 2022, this matter was reassigned to the Honorable Dale A. Drozd.  ECF No. 76.

3. By this stipulation, defendants Lawson, Hoggatt, Williams, and Phillips now move to continue the status conference until November 1, 2022, and to exclude time between September 1, 2022, and November 1, 2022, under Local Code T4.

4. Defendants Lawson, Hoggatt, Williams, and Phillips and the government agree and stipulate, and request that the Court find the following:

a) The discovery associated with this case includes reports, photographs, and audio recordings, which has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants Lawson, Hoggatt, Williams, and Phillips desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial.

c) Counsel for defendants Lawson, Hoggatt, Williams, and Phillips believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 1, 2022 to and including November 1, 2022, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///

Dated: August 26, 2022                         PHILLIP A. TALBERT
                                               United States Attorney


                                               /s/ ALEXIS KLEIN
                                               ALEXIS KLEIN
                                               Assistant United States Attorney


Dated: August 26, 2022                         /s/ HOOTAN BAIGMOHAMMADI
                                               HOOTAN BAIGMOHAMMADI
                                               Counsel for Defendant
                                               JERRELL LAWSON


Dated: August 30, 2022
                                        By:    /s/ CLEMENTE JIMÉNEZ
                                               CLEMENTE JIMÉNEZ
                                               Counsel for Defendant
                                               AISHA HOGGATT


Dated: August 30, 2022
                                        By:    /s/ DANIEL KANE
                                               DANIEL KANE
                                               Counsel for Defendant
                                               MALEK WILLIAMS


Dated: August 26, 2022
                                        By:    /s/ OLAF HEDBERG
                                               OLAF HEDBERG
                                               Counsel for Defendant
                                               TERRENCE PHILLIPS

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                         3

### [PROPOSED] ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the September 1, 2022, status conference and resets the matter for a status conference on November 1, 2022, at 9:00 a.m.  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between September 1, 2022, and November 1, 2022, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from September 1, 2022, to and including November 1, 2022, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this __30th__ day of August, 2022.

_Dale A. Drozd_
_____
The Honorable Dale A. Drozd
UNITED STATES DISTRICT JUDGE