PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
ALEXIS KLEIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRELL LAWSON<br>AISHA HOGGATT,<br>JAMES GORDLEY, and<br>TERRENCE PHILLIPS,<br><br>Defendants. | CASE NO. 2:22-CR-00058 DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AS TO DEFENDANTS LAWSON, HOGGATT, GORDLEY, AND PHILLIPS; FINDINGS AND ORDER<br><br>DATE:   November 1, 2022<br>TIME:   9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for status on November 1, 2022. ECF Nos. 79, 88.

2. By this stipulation, the government and defendants Lawson, Hoggatt, Gordley, and Phillips now move to continue the status conference until February 21, 2023, and to exclude time between November 1, 2022, and February 21, 2023, under Local Code T4.

3. Defendants Lawson, Hoggatt, Gordley, and Phillips and the government agree and stipulate, and request that the Court find the following:

   a) Discovery associated with this case and produced to date includes reports, photographs, and audio recordings, which has been either produced directly to counsel and/or made available for inspection and copying.

b) The government will be producing additional discovery.

c) Defendant Lawson has been relocated from Sacramento County Jail to CVA. Additionally, counsel for defendant Lawson has recently taken several weeks of medical leave.

d) As to defendant Gordley, there was additional litigation regarding a protective order governing discovery, and a protective order as to discovery for Mr. Gordley was ultimately issued on September 2. *See* ECF Nos. 54, 56, 57, 58, 60, 61, 62, 63, 67, 72, 77, 82, 83, 84, 85, 86. Although discovery was made available for viewing at the U.S. Attorney's Office, discovery was not issued directly to counsel for Mr. Gordley until October 11, 2022. Accordingly, counsel for Mr. Gordley requests additional time to review discovery, otherwise prepare for trial, and for all the additional reasons listed in paragraph 3(e), below.

e) Counsel for defendants Lawson, Hoggatt, Gordley, and Phillips desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial.

f) Counsel for defendants Lawson, Hoggatt, Gordley, and Phillips believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g) The government joins the request to continue.

h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 1, 2022 to and including February 21, 2023, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 20, 2022          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ ALEXIS KLEIN
                                  ALEXIS KLEIN
                                  Assistant United States Attorney


Dated:  October 17, 2022          /s/ HOOTAN BAIGMOHAMMADI
                                  HOOTAN BAIGMOHAMMADI
                                  Counsel for Defendant
                                  JERRELL LAWSON

Dated:  October 17, 2022
                              By: /s/ CLEMENTE JIMÉNEZ
                                  CLEMENTE JIMÉNEZ
                                  Counsel for Defendant
                                  AISHA HOGGATT

Dated:  October 20, 2022
                              By: /s/ ETAN ZAITSU
                                  ETAN ZAITSU
                                  Counsel for Defendant
                                  JAMES GORDLEY

Dated:  October 17, 2022
                              By: /s/ OLAF HEDBERG
                                  OLAF HEDBERG
                                  Counsel for Defendant
                                  TERRENCE PHILLIPS

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the November 1, 2022, status conference as to defendants Lawson, Hoggatt, Gordley, and Phillips and resets the matter as to defendants Lawson, Hoggatt, Gordley, and Phillips for a status conference on February 21, 2023, at 9:30 a.m.  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between November 1, 2022, and February 21, 2023, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from November 1, 2022, to and including February 21, 2023, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:   **October 26, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE