PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRELL LAWSON<br>AISHA HOGGATT,<br>JAMES GORDLEY,<br>TERRENCE PHILLIPS,<br>ANDRE WARREN, JR.,<br>KENYATTA ALEXANDER,<br>JARREN MEEK, and<br>KEINO BRUCE,<br><br>Defendants. | CASE NO. 2:22-CR-00058 DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:   February 21, 2023<br>TIME:    9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for status on February 21, 2023.

2. By this stipulation, the defendants move to continue the status conference until May 16, 2023, and to exclude time between February 21, 2023, and May 16, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery associated with this case and produced to date includes more than 2,000 pages of reports, photographs, and audio recordings, which have been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

    b) In addition, the government anticipates that in the next few months it will produce additional search warrant documents, cell phone extractions, grand jury returns, audio recordings, and reports.

    c) Since the last continuance in this matter, the government has filed a Superseding Indictment charging five additional defendants.

    d) Counsel for the defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial. Counsel for the defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government joins the request to continue.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 21, 2023 to and including May 16, 2023, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated: February 1, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: February 1, 2023 | /s/ HOOTAN BAIGMOHAMMADI<br>HOOTAN BAIGMOHAMMADI<br>Counsel for Defendant<br>JERRELL LAWSON<br>(Authorized by email on February 1, 2023) |
| Dated: February 1, 2023 | By: /s/ CLEMENTE JIMENEZ<br>CLEMENTE JIMÉNEZ<br>Counsel for Defendant<br>AISHA HOGGATT<br>(Authorized by email on February 1, 2023) |
| Dated: February 1, 2023 | By: /s/ ETAN ZAITSU<br>ETAN ZAITSU<br>Counsel for Defendant<br>JAMES GORDLEY<br>(Authorized by email on February 1, 2023) |
| Dated: February 2, 2023 | By: /s/ OLAF HEDBERG<br>OLAF HEDBERG<br>Counsel for Defendant<br>TERRENCE PHILLIPS<br>(Authorized by email on February 2, 2023) |
| Dated: February 1, 2023 | By: /s/ DANICA MAZENKO<br>DANICA MAZENKO<br>Counsel for Defendant<br>ANDRE WARREN, JR.<br>(Authorized by email on February 1, 2023) |
| Dated: February 1, 2023 | By: /s/ TASHA CHALFANT<br>TASHA CHALFANT<br>Counsel for Defendant<br>KENYATTA ALEXANDER<br>(Authorized by email on February 1, 2023) |

| | |
|---|---|
| Dated: February 1, 2023 | By: /s/ TODD LERAS<br>TODD LERAS<br>Counsel for Defendant<br>JARREN MEEK<br>(Authorized by email on<br>February 1, 2023) |
| Dated: February 2, 2023 | By: /s/ KYLE KNAPP<br>KYLE KNAPP<br>Counsel for Defendant<br>KEINO BRUCE<br>(Authorized by email on<br>February 2, 2023) |

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the February 21, 2023, status conference and resets the matter for a status conference on May 16, 2023, at 9:30 a.m. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between February 21, 2023, and May 16, 2023, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from February 21, 2023, to and including May 16, 2023, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: **February 3, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE