PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>JERRELL LAWSON<br>AISHA HOGGATT,<br>JAMES GORDLEY,<br>TERRENCE PHILLIPS,<br>ANDRE WARREN, JR.,<br>KENYATTA ALEXANDER,<br>JARREN MEEK, and<br>KEINO BRUCE,<br><br>              Defendants. | CASE NO. 2:22-CR-00058 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1.    On February 2, 2023, this matter was set for status conference before the Honorable Dale Drozd on May 16, 2023. ECF No. 126. Time has been excluded through and including May 16, 2023, as to all of the above-captioned defendants. *Id.*

2.    On April 6, 2023, this matter was reassigned to the Honorable Daniel Calabretta, and the May 16, 2023 status conference date was vacated. ECF No. 136.

3.    By this stipulation, the parties request to set a status conference on August 24, 2023, at 9:00 a.m., and to exclude time between May 16, 2023, and August 24, 2023, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery associated with this case and produced to date includes more than 54,000 pages of reports, photographs, and audio recordings, which have been either produced directly to counsel and/or made available for inspection and copying.

    b) In addition, the government anticipates that in the next few months it will produce or make available additional cell phone extractions.

    c) Counsel for the defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial.  Counsel for the defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government joins the request to continue.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 16, 2023 to and including August 24, 2023, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

Dated: May 8, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
ROSS PEARSON
Assistant United States Attorneys

Dated: May 8, 2023

/s/ HOOTAN BAIGMOHAMMADI
HOOTAN BAIGMOHAMMADI
Counsel for Defendant
JERRELL LAWSON
(Authorized by email on May 8, 2023)

Dated: May 8, 2023

By: /s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
AISHA HOGGATT
(Authorized by email on May 8, 2023)

Dated: May 8, 2023

By: /s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
JAMES GORDLEY
(Authorized by email on May 8, 2023)

Dated: May 8, 2023

By: /s/ OLAF HEDBERG
OLAF HEDBERG
Counsel for Defendant
TERRENCE PHILLIPS
(Authorized by email on May 8, 2023)

Dated: May 8, 2023

By: /s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
ANDRE WARREN, JR.
(Authorized by email on May 8, 2023)

Dated: May 8, 2023

By: /s/ TASHA CHALFANT
TASHA CHALFANT
Counsel for Defendant
KENYATTA ALEXANDER
(Authorized by email on May 8, 2023)

Dated: May 8, 2023

By: /s/ TODD LERAS
TODD LERAS
Counsel for Defendant
JARREN MEEK
(Authorized by email on May 8, 2023)

Dated: May 8, 2023                                  By:   /s/ KYLE KNAPP
                                                          KYLE KNAPP
                                                          Counsel for Defendant
                                                          KEINO BRUCE
                                                          (Authorized by email on May 8, 2023)

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the May 16, 2023, status conference and resets the matter for a status conference on August 24, 2023, at 9:00 a.m.  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between May 16, 2023, and August 24, 2023, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from May 16, 2023, to and including August 24, 2023, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 8th day of May, 2023.

                                                    /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE