PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JERRELL LAWSON<br>AISHA HOGGATT,<br>JAMES GORDLEY,<br>TERRENCE PHILLIPS,<br>ANDRE WARREN, JR.,<br>KENYATTA ALEXANDER,<br>JARREN MEEK, and<br>KEINO BRUCE,<br><br>   Defendants. | CASE NO.  2:22-CR-00058 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:   August 24, 2023<br>TIME:   9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1.  On May 8, 2023, this matter was set for status conference on August 24, 2023, before the Honorable Daniel Calabretta. ECF No. 139. Time has been excluded through and including August 24, 2023, as to all of the above-captioned defendants. *Id.*

2.  By this stipulation, the parties request to set a status conference on December 7, 2023, and to exclude time between August 24, 2023, and December 7, 2023, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)   Discovery associated with this case and produced to date includes more than

54,000 pages of reports, photographs, and audio recordings, which have been either produced directly to counsel and/or made available for inspection and copying.

      b)     Counsel for the defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial.  Counsel for the defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)     The government joins the request to continue.

      d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 24, 2023 to and including December 7, 2023, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated: August 16, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ALEXIS KLEIN<br>ALEXIS KLEIN<br>ROSS PEARSON<br>Assistant United States Attorneys |
| Dated: August 16, 2023 | /s/ HOOTAN BAIGMOHAMMADI<br>HOOTAN BAIGMOHAMMADI<br>Counsel for Defendant<br>JERRELL LAWSON |
| Dated: August 16, 2023 | By: /s/ CLEMENTE JIMENEZ<br>CLEMENTE JIMENEZ<br>Counsel for Defendant<br>AISHA HOGGATT |
| Dated: August 16, 2023 | By: /s/ ETAN ZAITSU<br>ETAN ZAITSU<br>Counsel for Defendant<br>JAMES GORDLEY |
| Dated: August 16, 2023 | By: /s/ OLAF HEDBERG<br>OLAF HEDBERG<br>Counsel for Defendant<br>TERRENCE PHILLIPS |
| Dated: August 16, 2023 | By: /s/ DANICA MAZENKO<br>DANICA MAZENKO<br>Counsel for Defendant<br>ANDRE WARREN, JR. |
| Dated: August 16, 2023 | By: /s/ TASHA CHALFANT<br>TASHA CHALFANT<br>Counsel for Defendant<br>KENYATTA ALEXANDER |
| Dated: August 16, 2023 | By: /s/ TODD LERAS<br>TODD LERAS<br>Counsel for Defendant<br>JARREN MEEK |
| Dated: August 16, 2023 | By: /s/ KYLE KNAPP<br>KYLE KNAPP<br>Counsel for Defendant<br>KEINO BRUCE |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the August 24, 2023, status conference and resets the matter for a status conference on December 7, 2023, at 9:00 a.m.  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between August 24, 2023, and December 7, 2023, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from August 24, 2023, to and including December 7, 2023, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 17th day of August, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE