PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRELL LAWSON<br>AISHA HOGGATT,<br>JAMES GORDLEY,<br>TERRENCE PHILLIPS,<br>ANDRE WARREN, JR.,<br>KENYATTA ALEXANDER,<br>JARREN MEEK,<br>KEINO BRUCE, and<br>MICHAEL MOTLEY,<br><br>Defendants. | CASE NO. 2:22-CR-00058 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 8, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1. On August 31, 2023, a grand jury returned the second superseding indictment. ECF No. 152. That indictment added defendant Michael Motley to Counts One and Two, and added an additional count to the indictment. *Id*.

2. This matter was previously set for status conference on August 8, 2024, and time has been excluded through and including August 8, 2024, as to all of the above-captioned defendants.

3. By this stipulation, the parties request to set a status conference on September 12, 2024, and to exclude time between August 8, 2024, and September 12, 2024, under Local Code T4.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

4.        The parties agree and stipulate, and request that the Court find the following:

        a)        Discovery associated with this case and produced to date includes more than 54,000 pages of reports, photographs, and audio recordings, which have been either produced directly to counsel and/or made available for inspection and copying.

        b)        Counsel for the defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial. Counsel for the defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government also anticipates extending plea offers to the defendants prior to the next status conference in this matter, and therefore counsel for the defendants will need additional time to review the plea agreements with their clients

        c)        The parties anticipate that at the next status conference, they will be requesting a Rule 12 motions schedule and a trial date, if a resolution of this matter is not reached.

        d)        The government joins the request to continue.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 8, 2024 to and including September 12, 2024, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 2, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
ROSS PEARSON
Assistant United States Attorneys

Dated: August 2, 2024

/s/ HOOTAN BAIGMOHAMMADI
HOOTAN BAIGMOHAMMADI
Counsel for Defendant
JERRELL LAWSON

Dated: August 2, 2024

By: /s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
AISHA HOGGATT

Dated: August 2, 2024

By: /s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
JAMES GORDLEY

Dated: August 2, 2024

By: /s/ OLAF HEDBERG
OLAF HEDBERG
Counsel for Defendant
TERRENCE PHILLIPS

Dated: August 2, 2024

By: /s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
ANDRE WARREN, JR.

Dated: August 2, 2024

By: /s/ TASHA CHALFANT
TASHA CHALFANT
Counsel for Defendant
KENYATTA ALEXANDER

| | | |
|---|---|---|
| Dated: August 2, 2024 | By: | /s/ TODD LERAS<br>TODD LERAS<br>Counsel for Defendant<br>JARREN MEEK |
| Dated: August 2, 2024 | By: | /s/ KYLE KNAPP<br>KYLE KNAPP<br>Counsel for Defendant<br>KEINO BRUCE |
| Dated: August 2, 2024 | By: | /s/ CHRIS COSCA<br>CHRIS COSCA<br>Counsel for Defendant<br>MICHAEL MOTLEY |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the August 8, 2024, status conference and resets the matter for a status conference on September 12, 2024, at 9:00 a.m. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between August 8, 2024, and September 12, 2024, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from August 8, 2024, to and including September 12, 2024, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 2nd day of August, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

5