HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:22CR58-DJC-1 |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **JUDGMENT AND SENTENCING** |
| vs. | ) |
| | ) Date: March 19, 2026 |
| JERRELL LAWSON, | ) Time: 9:00 a.m. |
| | ) Judge: Daniel J. Calabretta |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Ross Pearson, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Jerrell Lawson, that the previously scheduled Judgment and Sentencing set for March 19, 2026 be continued to **April 23, 2026 at 9:00 a.m.**

The parties specifically stipulate as follows:

1.      Good cause and compelling circumstances exist to continue Sentencing. Defense counsel was preparing for trial in another case for the past month. He was unable to devote any time to the instant matter during that period. The trial was set to commence on February 2, 2026. Despite being unexpectedly relieved as counsel in the other matter today, defense counsel still needs additional time to adequately prepare for Sentencing in the instant matter.

Stipulation and Order to Continue Judgment
and Sentencing          -1-          *United States v. Lawson*,
2:22CR58-DJC-1

2. The government does not object to Mr. Lawson's continuance request.

3. For the forgoing reasons, the parties jointly request that the Judgment and Sentencing Schedule be modified as follows. U.S. Probation has been consulted and is available.

| | |
|---|---|
| **Draft PSR** | March 12, 2026 |
| **Informal Objections** | March 26, 2026 |
| **Final PSR** | April 2, 2026 |
| **Formal Objections** | April 9, 2026 |
| **Response to Formal Objections** | April 16, 2026 |
| **Judgment and Sentencing** | April 23, 2026 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 27, 2026

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Lawson

Date: January 27, 2026

ERIC GRANT
United States Attorney

*/s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Judgment
and Sentencing                    -2-                    *United States v. Lawson,*
2:22CR58-DJC-1

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  January 29, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE